**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| HEATHER SAMPLE, ) | |
|                **Plaintiff,** ) | |
|   **v.** ) | |
| ) | |
| **REND LAKE COLLEGE, MARK KERN,** ) | **Case No. 04-4161-JPG** |
| **President of Rend Lake College, ROBERT** ) | |
| **CARLOCK, Vice President of Finance and** ) | |
| **Administration, each in his official and** ) | |
| **individual capacities,** ) | |
|               **Defendants.** ) | |

## ORDER

This matter comes before the Court on the parties' stipulation of dismissal with prejudice,

(Doc. 86).  There, the parties represented to the Court that they have reached a settlement in this

case.  In light of the parties agreement, then, the Court **FINDS** that this case has been **DISMISSED**

**WITH PREJUDICE.**

    **IT IS SO ORDERED**

    **DATED: November 29, 2005.**

                            __/s/ J. Phil Gilbert_____
                            **J. Phil Gilbert**
                            **U.S. District Judge**