IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| HEATHER SAMPLE, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| REND LAKE COLLEGE, MARK KERN, | ) | Case No. 04-4161-JPG |
| President of Rend Lake College, ROBERT | ) | |
| CARLOCK, Vice President of Finance and | ) | |
| Administration, each in his official and | ) | |
| individual capacities, | ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court on the parties' stipulation

of dismissal, and the Court having rendered its decision,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's claims in Counts I through III of

her amended complaint against Defendants Rend Lake College, Mark Kern and Robert Carlock

are **DISMISSED with prejudice**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that all Plaintiff's remaining claims

against Defendants Rend Lake College, Mark Kern and Robert Carlock in this case are hereby

**DISMISSED with prejudice.**

DATE: November 29, 2005.

NORBERT G. JAWORSKI, CLERK

By:s/Deborah Agans, Deputy Clerk

APPROVED:   ___/s/ J. Phil Gilbert_____
                    J. PHIL GILBERT
                    U.S. District Judge